**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Robert SOLOMON, Defendant–
Appellant.**

No. 15–3015.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 10, 2015.

Filed: Dec. 23, 2015.

Nathan Wade Nelson, Special, Assistant U.S. Attorney, U.S. Attorney's Office, Sioux City, IA, for Plaintiff–Appellee.

Robert Solomon, Pekin, IL, pro se.

Stuart J. Dornan, Dornan & Lustgarten, Omaha, NE, for Defendant–Appellant.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

While Robert Solomon was serving a period of supervised release on a federal

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

criminal sentence, he admitted to the district court[1] that he had violated his release conditions. The court revoked supervised release and imposed a within-Guidelines-range revocation sentence of 9 months in prison and 2 years of additional supervised release. On appeal, Solomon contends that the 9-month prison sentence is substantively unreasonable. Upon careful review of the record, we conclude that the court did not abuse its discretion. *See United States v. Miller*, 557 F.3d 910, 915–16 (8th Cir.2009) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.